STATE OF CONNECTICUT *v.* MILTON SPIKES

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 543 (AC 27547), is denied.

MCLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Ruth Daniella Weissman*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided March 11, 2009

ANDRE RHODES *v.* COMMISSIONER OF CORRECTION

The petitioner Andre Rhodes' petition for certification for appeal from the Appellate Court, 111 Conn. App. 903 (AC 27782), is denied.

*Ruth Daniella Weissman*, special public defender, in support of the petition.

*Robin S. Schwartz*, assistant state's attorney, in opposition.

Decided March 11, 2009